**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS G. BIVENS, | ) NO. CV 08-00915-DOC (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| ROSANNE CAMPBELL, WARDEN, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is granted for the reasons set forth in the Report; and (2) Judgment shall be entered dismissing this action with prejudice.

1          IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2     the Judgment herein on Petitioner and counsel for Respondent.

4          LET JUDGMENT BE ENTERED ACCORDINGLY.

6     DATED:    <u>April 22, 2009</u>.

*/s/ David O. Carter*

　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE