**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS G. BIVENS, | ) NO. CV 08-00915-DOC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ROSANNNE CAMPBELL, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>April 22, 2009</u>.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE